AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>18 U.S.C. § 3146(a)(2) – Failure to Surrender for Service of Sentence<br><br>E-filing<br><br>PENALTY:<br>10 years' imprisonment<br>3 years' supervised release<br>$100 special assessment | ☐ Petty<br>☐ Minor<br>☐ Misde-meanor<br>☑ Felony | **DEFENDANT - U.S.**<br>▶ Christopher Calder<br><br>DISTRICT COURT NUMBER  0210 MHP |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (&Title, if any)<br>Christian Hanson, United States Marshals Service<br><br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Att'y  ☐ Defense<br>☑ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br><br>SHOW DOCKET NO.<br>CR 05 491 VRW<br><br>MAGISTRATE CASE NO. || **DEFENDANT**<br>**IS *NOT* IN CUSTODY**<br>1) ☐ Has not been arrested, pending outcome this proceeding.<br>    If not detained give date any prior summons was served on above charges ▶<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br><br>**IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☑ On another conviction<br>6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State<br>If answer to (6) is "Yes", show name of Institution<br><br>Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed<br><br>DATE OF ARREST ▶ Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year |
| Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO<br>☑ U.S. Att'y   ☐ Other U.S. Agency<br><br>Name of Asst. U.S. Att'y (if assigned) || ☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** |||
| PROCESS:<br>☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address: || *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br><br>Date/Time:<br>Before Judge: |
| Comments: |||

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

UNITED STATES OF AMERICA,

V.

CHRISTOPHER CALDER

**MHP**

DEFENDANT.

## INDICTMENT

VIOLATION: 18 U.S.C. § 3146(a)(2) – Failure to Surrender for Service of Sentence

---

A true bill.

_____
Foreman

Filed in open court this ___ day of
APRIL 2008

_____
Clerk

Bail, $ NO PROCESS

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 3146(a)(2) MHP |
| v. | ) | Failure to Surrender for Service of Sentence |
| CHRISTOPHER CALDER, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about March 15, 2007, in the Northern District of California, the defendant,

CHRISTOPHER CALDER,

having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence following his conviction in United States District Court, Northern District of California, of a violation of Title 21, United States Code, Section 841(a)(1)(b) and (b)(1)(C), an offense punishable by imprisonment for a term of 15 years or more, in the case of United States v. Calder, CR 05 0491 VRW, and having been directed by the Court to surrender to the United States Marshal on March 15, 2007, in the Northern District of

//
//

INDICTMENT

1  California, did knowingly and intentionally fail to surrender for service of sentence as ordered by
2  the Court, in violation of Title 18, United States Code, Section 3146(a)(2) and (b)(1)(A).
3  DATED:                                         A TRUE BILL.
4
   4/1/08
5                                                 _____
                                                  FOREPERSON
6  JOSEPH P. RUSSONIELLO
   United States Attorney
7
8
   _____
9  SUSAN E. BADGER
   Chief, White Collar Section
10
11 (Approved as to form: _____)
                          AUSA Beeler
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                        2