JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6765
    FAX: (415) 436-7234
    laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> CHRISTOPHER LEE CALDER, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 08 00210 MHP <br><br> **NOTICE OF CHANGE OF COUNSEL** |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is Laurel Beeler. Future ECF notices should be sent to AUSA Beeler only at the email address of laurel.beeler@usdoj.gov  AUSA Susan Badger should be removed from the list of persons to be noticed.

//

//

NOTICE OF CHANGE OF COUNSEL
[CR 08 00210 MHP]

| | | |
|---|---|---|
| 1 | DATED: April 2, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>LAUREL BEELER |
| 6 | | Assistant United States Attorney |

NOTICE OF CHANGE OF COUNSEL
[CR 08 00210 MHP]