1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  LAUREL BEELER (CSBN 187656)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-6765
7       Facsimile:  (415) 436-7234
        Email: laurel.beeler@usdoj.gov

8
   Attorneys for the Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )     Criminal No. CR 05 491 VRW
                                     )
14              Plaintiff,           )
                                     )     NOTICE OF RELATED CASE
15         v.                        )
                                     )
16  CHRISTOPHER CALDER,              )
                                     )
17              Defendant.           )
   _____)
18
   UNITED STATES OF AMERICA,         )     Criminal No. CR 08 00210 MHP
19                                   )
                Plaintiff,           )
20                                   )
           v.                        )
21                                   )
   CHRISTOPHER CALDER,               )
22                                   )
                Defendant.           )
23  _____)

24      The United States gives notice to the Clerk of the Court pursuant to Criminal Local Rule 8-1,

25  Notice of Related Case, that it believes that these actions are related.

26      Under Rule 8-1, a criminal action is related to another pending criminal action when (1) both

27  actions concern the same defendant and the same events or occurrences, or (2) both actions

28  appear likely to entail substantial duplication of labor if heard by different judges, or might create

Notice of Related Cases (CR 05 491 VRW,
 CR 08 00210 MHP)

1    conflicts or unnecessary expenses if conducted before different judges.  N.D. Cal. Crim. Local R.

2    8-1(b).

3        Here, both cases involve the same defendant.  The indictment in CR 08 00210 MHP relates

4    to Calder's failure to surrender for service of the sentence that the Court imposed in CR 05 491

5    VRW.

6        Because the cases involve the same defendant and conduct in the new case (failure to appear)

7    that is relevant and related to the sentence imposed by the Court in the earlier case (possession

8    with intent to distribute ecstacy), they are related.  See N.D. Cal. Crim. Local R. 8-1(b)(1).

9    Assigning the cases to one judge will avoid the duplication of labor that would occur if the

10   matters were resolved before different judges.  See N.D. Cal. Crim. Local R. 8-1(b)(1).  This

11   means that assignment to a single judge will conserve judicial resources and promote an efficient

12   determination of the action.  See N.D. Cal. Crim. Local R. 8-1 (c)(4).

13   DATED: April 3, 2008                    Respectfully submitted,

14                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney
15

16                    _____/s/_____
                                             LAUREL BEELER
17                                           Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28