1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  SUSAN E. BADGER (CSBN 124365)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7199
7      Facsimile: (415) 436-7234
       Email: susan.badger@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 08-00210  MHP
                                       )
14         Plaintiff,                  )
                                       )   **NOTICE OF CHANGE OF COUNSEL**
15      v.                             )
                                       )
16  CHRISTOPHER LEE CALDER,            )
                                       )
17         Defendant.                  )
                                       )
18

19      The United States Attorney's Office hereby files this Notice of Change of Counsel to

20  advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is

21  Laurel D. Beeler.  Future ECF notices should be sent to AUSA Beeler only at the email address

22  of laurel.beeler@usdoj.gov.  AUSA Susan E. Badger should be removed from the list of persons

23  to be noticed.

24  DATED: April 4, 2006                  Respectfully submitted,

25                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
26
                                           /s/
27                                        SUSAN E. BADGER
                                          Assistant United States Attorney
28
    NOTICE OF CHANGE OF COUNSEL
    [CR 08 00210 MHP]