1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,          )        No.: CR 08 210 VRW (JL)
                                        )
13           Plaintiff,                  )
                                        )
14           v.                          )        ORDER (PROPOSED)
                                        )
15                                       )
     CHRISTOPHER CALDER,                  )
16                                       )
             Defendant.                   )
17                                       )
                                        )
18   _____)

19

20       With the agreement of the parties in open court on April 28, 2008, and for continuity of

21   defense counsel, the Court excludes time under the Speedy Trial Act until June 5, 2008.

22       1.  Calder made his initial appearance today.  The parties asked the Court to set the matter on

23   Judge Walker's calendar on June 5, 2008, at 2 p.m., which is the next available date for defense

24   counsel based on currently-scheduled case commitments.

25       2.  The parties agree, and the Court finds and holds, that failing to grant a continuance until

26   June 5, 2008, would unreasonably deny the defendant continuity of counsel.   See 18 U.S.C. §

27   3161(h)(8)(B)(iv).  The parties agree that the ends of justice served by excluding time from April

28   28, 2008, until June 5, 2008, outweigh the best interest of the public and the defendant in a

1 | speedy trial.  Id. § 3161(h)(A).

2 |     IT IS SO ORDERED.

3 | DATED:_____

4 |                                          JAMES LARSON
  |                                          Chief United States Magistrate Judge

5 | STIPULATED:

6 | DATED: April 29, 2008              _____/s Harris Taback_____
  |                                          HARRIS TABACK
  |                                          Attorney for CHRISTOPHER CALDER

7 | DATED: April 29, 2008              _____/s Laurel Beeler_____
8 |                                          LAUREL BEELER
  |                                          Assistant United States Attorney