UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 08 210 VRW (JL) |
| Plaintiff, ) | |
| v. ) | ORDER <s>(PROPOSED)</s> |
| CHRISTOPHER CALDER, ) | |
| Defendant. ) | |

With the agreement of the parties in open court on April 28, 2008, and for continuity of defense counsel, the Court excludes time under the Speedy Trial Act until June 5, 2008.

1. Calder made his initial appearance today. The parties asked the Court to set the matter on Judge Walker's calendar on June 5, 2008, at 2 p.m., which is the next available date for defense counsel based on currently-scheduled case commitments.

2. The parties agree, and the Court finds and holds, that failing to grant a continuance until June 5, 2008, would unreasonably deny the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by excluding time from April 28, 2008, until June 5, 2008, outweigh the best interest of the public and the defendant in a

ORDER (CR 08 210 VRW) (JL)

1 | speedy trial. Id. § 3161(h)(A).

2 | IT IS SO ORDERED.

3 | DATED: May 5, 2008

_____
JAMES LARSON
Chief United States Magistrate Judge

4 | STIPULATED:

5 | DATED: April 29, 2008           /s Harris Taback
6 | HARRIS TABACK
Attorney for CHRISTOPHER CALDER

7 | DATED: April 29, 2008           /s Laurel Beeler
8 | LAUREL BEELER
Assistant United States Attorney

ORDER (CR 08 210 VRW) (JL)            2