IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0210 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| CHRISTOPHER CAULDER, | |
| Defendant. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT DUE TO COURT'S UNAVAILABILITY;

The initial appearance before Judge Walker of the above named defendant has been continued from June 5, 2008 to June 19, 2008 at 2:00 p.m. Please report to Courtroom #6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: May 13, 2008

*Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

N:\CLKNTC.CRI.wpd