JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6765
   Facsimile: (415) 436-7234
   E-mail:   laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER CALDER,<br><br>    Defendant. | No. CR 08 210 VRW<br><br>JOINT STATUS STATEMENT<br><br>DATE:    June 19, 2008<br>TIME:    2 p.m.<br>COURT:    Judge Walker |

This case is set for an initial appearance before the Court on June 19, 2008. Christopher Calder has been charged with failure to appear for surrender of the sentence previously imposed by the Court. The parties have reached a plea agreement that they likely will enter on June 19, 2008 (lodged separately), and the parties will request a two- or three-week continuance so that they can file sentencing memoranda. The parties will ask the Court to waive a presentence report because (1) one just was prepared for the underlying case in CR 05 491 VRW, (2) the information about the failure to appear is in the plea agreement, and (3) the parties' sentencing memoranda will explain the circumstances surrounding the failure to appear and additional 18 U.S.C. § 3553(a) factors. Thus, the record will allow the Court to meaningfully exercise its sentencing authority under section 3553(a) such that a new presentence investigation is not

1 | necessary. See Fed. R. Crim. P. 32(c)(1)(A)(ii)

2 | DATED: _____                    Respectfully submitted,

3 |                                          JOSEPH P. RUSSONIELLO
                                             United States Attorney
4 |

5 |                                           /s Laurel Beeler
                                             LAUREL BEELER
6 |                                          Assistant United States Attorney

7 | Dated: _____                      /s Harris Taback
                                             HARRIS TABACK
8 |                                          Attorney for Defendant

JOINT STATUS STATEMENT
(CR 08 210 VRW)                    2

Case 3:08-cr-00210-VRW    Document 10    Filed 06/16/2008    Page 2 of 2