UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  June 19, 2008

Case No.  CR 08-0210-01  VRW

Case Title:  USA v.  CHRISTOPHER CALDER (CUSTODY) PRESENT

Attorneys:
    For the Government:  Laurel Beller

    For the Defendant(s):  Harris Taback

Deputy Clerk:  Cora Klein      Reporter:  Belle Ball
USPO:

**PROCEEDINGS**

1)  Status held

2)  The matter is continued to 7/10/2008 for change of plea. The defendant agreed to exclude time from the speedy trial act with the plea agreement on file and for effective preparation of counsel, govt to prepare the order for exclusion of time.

Case Continued to:  7/10/2008 at 2:00 PM  For  Change of Plea


EXCLUDABLE DELAY :  Effective preparation of counsel, plea agreement on file
    Begin: 6/19/08   End: 7/10/08