UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   July 10, 2008

Case No.  CR 08-0210 VRW

Case Title:   USA v. CHRISTOPHER CALDER (CUSTODY) PRESENT

Attorneys:
    For the Government:   Laurel Beeler

    For the Defendant(s):   Harris Taback

Deputy Clerk:   Cora Klein      Reporter:  Belle Ball
USPO:

**PROCEEDINGS**

1)   Change of plea not held. The parties instead request that the court refer the matter to Magistrate Judge Larson for settlement conference for a resolution of the case.

2)   The defendant agree to exclude time for effective preparation of counsel under the speedy trial act. The court find that exclusion of time is warranted.

Case Continued to:   8/21/2008  at  2:00  PM    For Status

**ORDERED AT THE HEARING**

EXCLUDABLE DELAY :   effective preparation of counsel
Begin: 7/10/08       End: 8/21/08