UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 08 210 VRW (JL) |
| Plaintiff, | ) | |
| v. | ) | ORDER ~~(PROPOSED)~~ |
| CHRISTOPHER CALDER, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court on July 10, 2008, and for continuity of and effective preparation of defense counsel, the Court excludes time under the Speedy Trial Act from July 10, 2008, until August 21, 2008.

1. Calder appeared on July 10, 2008. The parties asked the Court to set the matter on Judge Walker's calendar on August 21, 2008, at 2 p.m., which is the next available date for defense counsel based on currently-scheduled case commitments. Also, continuing the case until that date is needed so that the parties can investigate certain issues about credit for time in custody.

2. The parties agree, and the Court finds and holds, that failing to grant a continuance until August 21, 2008, would unreasonably deny the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Failure to grant the continuance also would deny defense counsel the

ORDER (CR 08 210 VRW) (JL)

1  reasonable time necessary for effective preparation, taking into account the exercise of due
2  diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agree that the ends of justice served by
3  excluding time from July 10, 2008, until August 21, 2008, outweigh the best interest of the
4  public and the defendant in a speedy trial.  Id. § 3161(h)(A).

IT IS SO ORDERED.

DATED: 7/22/2008

_____
VAUGHN R. WALKER
Chief United States District Judge

STIPULATED:

DATED:_____        _____/s Harris Taback_____
HARRIS TABACK
Attorney for CHRISTOPHER CALDER

DATED:_____        _____/s Laurel Beeler_____
LAUREL BEELER
Assistant United States Attorney