# CRIMINAL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** August 14, 2008

**Case No.:** CR 08-0210 VRW   JL)

**Case Name:**   USA, et al., v. Christopher Lee Calder

**Counsel Present:**   **Plaintiff**: Laurel Beeler, AUSA

**Defendant:** Harris Taback

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|   |   |
|---|---|
| __X_ | Settle |
| _____ | Partial settlement |
| _____ | Did not settle |
|   | Further settlement conference ordered:   _____ |

**Time:**   2.0 hrs

**Comments:**

*(signature)*

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom