UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date: __August 21, 2008__

Case No. __CR 08-0210-01   VRW__

Case Title: __USA v.   CHRISTOPHER CALDER (CUSTODY) PRESENT__

Attorneys:
    For the Government: __Laurel Beeler__

    For the Defendant(s): __Harris Taback__

Deputy Clerk: __Cora Klein__          Reporter: __Connie Kuhl__
                                                                      USPO:

## PROCEEDINGS

__Plea and Sentencing.__
The defendant entered guilty plea to Count One of the Indictment in CR08-0210 in violation of Title 18 USC 3146(a)(2) - failure to surrender for service of sentence. The defendant advised of the charges and his right to a trial with the assistance of an attorney, waived his right to go to trial.

## ORDERED AT THE HEARING

The court adopted the parties joint recommendation to impose a one-year term of probation to run consecutive to the defendant's three-year term of supervised release in CR05-4091-08 VRW, with a six-month term of community confinement to run concurrently with any term served in a halfway house as part of the 24-month sentence in CR05-0491-08 VRW, to be served immediately upon his release from prison.

time: 30 min.